**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 23-cr-406 (RDM)** |
| **v.** | **:** | |
| | **:** | |
| **TIMOTHY EUGENE TAYLOR,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that the above-captioned matter is now assigned to

Assistant United States Attorney Benjamin Helfand.  AUSA Benjamin Helfand will be

substituting for AUSA Paul Courtney.

Respectfully submitted,

Edward R. Martin, Jr.
United States Attorney
D.C. Bar Number 481866

By:     /s/ *Benjamin Helfand*
Benjamin Helfand
D.C. Bar No. 1658708
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-7059
Benjamin.Helfand@usdoj.gov